LLOYD MATTHEWS *vs.* KENNETH D'ARCY. May 20, 1996. *Supreme Judicial Court,* Appeal from order of single justice.

This is an appeal under S.J.C. Rule 2:21, 421 Mass. 1303 (1995), from a single justice's denial of a petition for relief under G. L. c. 211, § 3 (1994 ed.). As this is a discovery matter in a civil trial, a petition for relief was available to a single justice of the Appeals Court under G. L. c. 231, § 118, first par. (1994 ed.). The single justice committed no error of law and did not abuse his discretion. His denial of the plaintiff's request for relief is affirmed.

*So ordered.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Lloyd Matthews,* pro se.